**Order entered January 15, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00477-CR

**KEITHION DYWANE DERRICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-25060-P**

## ORDER

Before the Court is appellant's January 13, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 13, 2020. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/  LANA MYERS
    JUSTICE